UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. MAJOR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Respondent. | Case No. 2:21-cv-00077-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE FRESNO DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner appears to challenge the execution of his sentence, claiming that prison officials miscalculated his credits. ECF No. 1 at 1. As a general rule, an action challenging the execution of a sentence must be filed in the district where the petitioner is confined. *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at Valley State Prison, which is located in Madera County. Thus, petitioner should have commenced this action in the Fresno Division of the United States District Court for the Eastern District of California. *See* E.D. Cal. L.R. 120(d). When a civil action has not been commenced in the proper division of a court, the court may transfer the action to the proper division. *See* E.D. Cal. L.R. 120(f).

    Accordingly, it is hereby ORDERED that:

    1. This action is transferred to the district court in Fresno.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

IT IS SO ORDERED.

Dated:   February 10, 2021                    _____
                                              JEREMY D. PETERSON
                                              UNITED STATES MAGISTRATE JUDGE